HENRI LEON, Appellant, v. DAVID B. LEVY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HARRY SAFRIN, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict is against the evidence and the weight thereof. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

NAGLE PACKING COMPANY, Respondent, v. ISAAC DOERFLINGER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

WILLIAM E. D. STOKES, Appellant, v. HELEN ELWOOD STOKES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

ULTRAMAR COMPANY, LTD., v. MINERAL SEPARATION, LTD., Impleaded, etc.— Motion for leave to appeal granted; questions certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE CITY OF NEW YORK v. CITIZENS WATER SUPPLY COMPANY OF NEWTOWN.— Order settled and filed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

INDEPENDENT BARER SICK AND BENEVOLENT ASSOCIATION, INC., v. SAMUEL KILLUM.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNIE DOUGLASS v. ANTOINETTE C. WORRALL.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH GENSER v. BENJAMIN GENSER.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of GEORGE H. HART, Deceased.— Motion for preference granted for May 15, 1923. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MONTREAL TRUST COMPANY v. JAMES IMBRIE and Others.— Motion for preference granted for May 15, 1923. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LOUNSBURY-SOULE COMPANY, INC., v. CHARLES L. KAHLER.— Motion granted on condition that appeal be brought on for argument on May 18, 1923. Present — Clarke, P. J., Dowling, Smith Merrell and McAvoy, JJ.

WILLIAM E. D. STOKES v. HELEN ELWOOD STOKES.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of S. J. HALL & SONS, INC.— Motion granted on condition that appeal be brought on for argument or submitted on May 18, 1923. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DELCO REALTY CORPORATION v. EDWARD C. L. ROBINS.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LEOPOLD FREIBERGER v. GLOBE INDEMNITY COMPANY.— Motion denied, with